RECEIVED & FILED

'09 JUN 12 P1 :04

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Sheila K Stuppy
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  )  Chapter **09-19788-LBR**
  Sheila K Stuppy  )  CASE #
a.k.a.  )
  Grassmere, LLC  )  Hearing Date: July 13, 2009
  Max Overflow, LLC  )
  Amethyst Gate, Inc  )  Hearing Time: 9:30 AM
  Zenia Hair Salon  )
        )
  **Pro-Se** Debtor  )
_____)

### MOTION TO EXTEND THE AUTOMATIC STAY

COME NOW Debtor, Sheila K Stuppy, pursuant to 11 U.S.C. §362(c)(3)(B), requesting an order to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors. In support of this motion, I the Debtor state the following:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a),

2. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

3. I the Debtor filed a current petition for relief under Chapter 11 on June 8, 2009. Within the twelve months prior to said filing date, I was in a active Chapter 7 case that was dismissed for something other than abuse 11 USC 707 (b). The dismissal order does not bar me from filing another Bankruptcy Petition. Neither was the dismissal granted with prejudice pursuant to 11 USC 109(g).

4. I the Debtor filed the current Chapter 11 Petition in good faith and this motion is not made for the purpose of delay. There is a reasonable likelihood of viable

1

financial rehabilitation and I intend to propose a confirmable Chapter 11 plan to the Court

**WHEREFORE,** I the Debtor Sheila K Stuppy, respectfully request the Court to continue the Automatic Stay under 11 U.S.C. 362(a) as to all creditors for the duration of the Chapter 11 proceedings, or until such time as the stay is terminated under 11 U.S.C. 362 and or applicable law and procedures.

**Respectfully submitted this 8 day of June 2009**

*Sheila K Stuppy* (signature)

Sheila K Stuppy –
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983

**IT IS SO ORDERED.**

**ENTERED :**                              Dated: _____

                                          **BY THE COURT**

                                          _____
                                          *United States Bankruptcy*

2