**REQT**
Rusty Graf, Esq.
Nevada Bar No: 6322
**FELDMAN GRAF**
8515 Edna Avenue, Suite 110
Las Vegas, Nevada 89117
Telephone:    (702) 949-5096
Facsimile:    (702) 949-5097
E-Mail: rgraf@feldmangraf.com
*Attorneys for Debtor*
*SHEILA K. STUPPY*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE         )<br>               )<br>               )<br>SHEILA K. STUPPY    )<br>               )<br>     Debtor.   )<br>               ) | BK NO: 09-19788- LBR<br><br>CHAPTER 11<br><br>REQUEST FOR SPECIAL NOTICE |

**REQUEST FOR SPECIAL NOTICE**

**TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEYS OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:**

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(1)    Rusty Graf, Esq.
       **c/o FELDMAN GRAF, P.C.**
       8515 Edna Avenue, Suite 110
       Las Vegas, Nevada 89117
       Telephone: (702) 949-5096

(2)    Karen & Danny Falco
       8000 Powderham Avenue
       Las Vegas, NV 89117
       Telephone (702) 254-6967

RECEIVED AND FILED APR 6 12 59 PM '10 U.S. BANKRUPTCY COURT MARY A. SCHOTT CLERK

1  (3)  D&K Salon
       c/o Zenia Salon
2      7260 West Lake Mead Boulevard
       Suite #2
3      Las Vegas, Nevada 89128

4  DATED this ___ day of April, 2010.

5                              FELDMAN GRAF, P.C.

6

7
                               By: _____
8                                  Rusty Graf, Esq.
                                   Nevada Bar No: 6322
9                                  8515 Edna Avenue, Suite 110
                                   Las Vegas, Nevada 89117
10                                 Telephone:   (702) 949-5096
                                   Facsimile:   (702) 949-5097
11                                 E-Mail: rgraf@feldmangraf.com
                                   *Attorneys for Debtor*
12                                 SHEILA K. STUPPY

O:\jrg\Rusty\D&K Salon vs. Richland Holdings, Inc\Bankruptcy Pleadings\Request for Special Notice.wpd

2