LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE:770-643-2148
TELEFAX:866-761-0279
770-643-2148

July 2, 2010

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

### REQUEST FOR SERVICE OF NOTICES

| RE: | Debtor(s) | : | Sheila K. Stuppy |
| | Case Number | : | 09-19788 |
| | Chapter | : | 11 |
| | Secured Creditor | : | America's Servicing Company |
| | Loan Number | : | XXXXXX3666 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

America's Servicing Company
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Laura Grifka
Laura Grifka, Esquire
c/o McCALLA RAYMER, LLC
1544 Old Alabama Road,
Roswell, GA 30076
Phone : 678-281-6535
Email : lag@mccallaraymer.com
Attorney Bar No : 312055

cc: NEED TRUSTEE
    PRO SE

File Number ASC-09-18723 / BK0000436
Request for Service of Notice